and *Harry L. Walker* for petitioner.  *Jo V. Morgan, William F. Kelly, P. J. J. Nicolaides, Samuel O. Clark, Jr., W. V. T. Justis* and *George E. C. Hayes* for the Bank of Commerce & Savings et al.; and *Nelson T. Hartson, James C. Rogers* and *O. R. McGuire, Jr.* for the Citizens Bank of Washington, respondents.

No. 390.  KITCHENS *v.* BIRD ET AL.  Supreme Court of Arkansas.  Certiorari denied.  *J. R. Wilson* for petitioner.  *J. E. Gaughan* for respondents.

No. 404.  ENDICOTT JOHNSON CORP. *v.* LANE, PRESIDENT, LEATHER WORKERS' UNION, LOCAL 285.  Supreme Court of New York, Broome County.  Certiorari denied. *Howard A. Swartwood* for petitioner.  *Nathan Witt* for respondent.  Reported below: See 299 N. Y. 725, 87 N. E. 2d 450.

No. 405.  PLACEK ET AL. *v.* EDSTROM, COUNTY ATTORNEY.  Supreme Court of Nebraska.  Certiorari denied.  *C. Petrus Peterson* for petitioners.

No. 409.  MIDLAND STEEL PRODUCTS Co. *v.* CLARK EQUIPMENT Co.  C. A. 6th Cir.  Certiorari denied.  *F. O. Richey* and *H. F. McNenny* for petitioner.  *John A. Dienner* and *Edward C. Grelle* for respondent.

No. 414.  BRADSHAW *v.* THE VIRGINIA ET AL.  C. A. 4th Cir.  Certiorari denied.  *R. Arthur Jett* for petitioner.  *Charles W. Hagen* and *Edward R. Baird* for the Chesapeake & Ohio Railway Co., respondent.